# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 27, 2019

157092 (52)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

JERMAINE HARRIS, Personal Representative
of the Estate of ANNIE RUTH FLIE,
        Plaintiff-Appellant,

v

OAKWOOD HEALTHCARE, INC., d/b/a
OAKWOOD HOSPITAL & MEDICAL CENTER,
ANAND HIREMATH, M.D., LUNINGNING V.
REGALADO, M.D., NORMITA VICENCIO,
M.D., PC, WILLIAM I. MICHELS, III, D.O., and
DEARBORN FAMILY CLINIC, PC,
        Defendants,
and

JOSEPH C. FINCH, D.O., and JOSEPH C.
FINCH, D.O., PC,
        Defendants-Appellees.

SC: 157092
COA: 333389
Wayne CC: 14-006622-NH

_____/

On order of the Court, the motion for reconsideration of this Court's September 28, 2018 order is considered, and it is DENIED, because we are not persuaded that reconsideration of our previous order is warranted. MCR 7.311(G).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 27, 2019



Clerk

t0320